AUSA: RYAN T. NEES

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **25 Mag. 2136** |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZATKIEL HIERRO REYES,<br><br>Defendant. | **COMPLAINT**<br><br>Violation of 21 U.S.C. § 841<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

ANTHONY DE LEÓN, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

### COUNT ONE
### (Possession with Intent to Distribute Narcotics)

1. On or about July 3, 2025, in the Southern District of New York and elsewhere, ZATKIEL HIERRO REYES, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the same.

2. The controlled substance involved in the offense was 400 grams and more of mixtures and substances containing detectable amounts of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A);
Title 18 United States Code, Section 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the Drug Enforcement Administration ("DEA"). I have been a Special Agent with the DEA since April 2022, and was previously employed by the New York City Police Department ("NYPD") as a Police Officer for approximately two years. I am currently assigned to the Organized Crime Drug Enforcement Task Force New York Strike Force, a joint federal-state law enforcement effort to investigate drug trafficking crimes. I have been personally involved in this investigation. This affidavit is based on my involvement in this investigation, my conversations with other law enforcement officers and other individuals, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### The REYES Fentanyl Sales

4. Based on my participation in this investigation, I know that, from between at least in or about April 2025 through July 2025, undercover law enforcement officers made purchases, on multiple occasions, of thousands of pills containing fentanyl from an individual ("CC-1"). On multiple occasions, CC-1 appears to have received the pills containing fentanyl intended for distribution from ZATKIEL HIERRO REYES, the defendant. Among other things, during multiple of these purchases, REYES was observed by law enforcement officers meeting with CC-1 shortly before CC-1 sold packages containing pills labeled "M30" to an undercover law enforcement officer. On the basis of my training and experience, I know that such markings appear on pharmaceutically manufactured 30-milligram oxycodone pills, and are often also stamped on counterfeit prescription opioid pills—often laced with fentanyl—for the purpose of disguising the pills as legitimate pharmaceuticals. Laboratory testing of the pills purchased from CC-1 after multiple of the above-described transactions confirmed the presence of fentanyl.

### The Search of the REYES Apartment

5. Based on my participation in this investigation and communications I have had with other law enforcement officers, I know that, on or about the morning of July 3, 2025, law enforcement officers conducted a search of an apartment located at a particular address in the Bronx, New York (the "REYES Apartment"), based upon a warrant issued by the Honorable Gary Stein, United States Magistrate Judge for the Southern District of New York. Inside the REYES apartment, law enforcement officers found ZATKIEL HIERRO REYES, the defendant, and recovered significant quantities of what appear to be narcotics and narcotics distribution-related paraphernalia inside. Specifically, during the course of that search, secreted inside the base of a punching bag, members of law enforcement recovered, among other things, and as depicted, in part, below:

    a. approximately 400 pills, consistent with the pills described above in Paragraph 4, labeled "M30," that collectively weighed approximately 1,120 grams;

    b. a white, powdery substance that weighed approximately 961 grams that, based on my training, experience, and involvement in this case and others I believe appeared to be cocaine;

    c. a grey, powdery substance that weighed approximately 151 grams that, based on my training, experience, and involvement in this case and others I believe appeared to be heroin;

    d. a rock-like substance that weighed approximately 113 grams that, based on my training, experience, and involvement in this case and others I believe appeared to be methamphetamine;

    e. approximately 100 pills labeled with dollar signs that weighed approximately 213 grams that, based on my training, experience, and involvement in this case and others I believe appeared to be ecstasy; and

    f. Numerous digital scales, pill press dies and punches, and powder dyes.

6. Additionally, during the search of the REYES Apartment, law enforcement officers also recovered, from a suitcase stored in a closet located in a hallway directly across from the bedroom where ZATKIEL HIERRO REYES, the defendant, and the above-described materials were located, among other things:

  a. a pill press, that is, a mechanical device which I know, based on my training, experience, and involvement in this investigation and others is used to produce large quantities of tablets or pills, including counterfeit prescription pills;

  b. a bulletproof vest; and

  c. parts of an unserialized "ghost" gun designed like a Glock pistol; and 9mm ammunition.

7. On the basis of my review of, among other things, New York Department of Motor Vehicles documents, I know that ZATKIEL HIERRO REYES, the defendant, identified the REYES Apartment as his residence.

3

WHEREFORE, I respectfully request that ZATKIEL HIERRO REYES, the defendant, be imprisoned or bailed, as the case may be.

_____
ANTHONY DE LEÓN
Special Agent
Drug Enforcement Administration

Sworn to me on this 7th day of July, 2025

_____
HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York